**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

---

In Re:  
  Frank T. Sackett      SSN/TaxID: xxx–xx–2801  
  Kay L. Sackett                      xxx–xx–6760  
                   Debtor(s)

Case No.: 2–07–21195–JCN  
Chapter: 13

---

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on August 28, 2007 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: August 28, 2007

        Paul R. Warren  
        Clerk, U.S. Bankruptcy Court

        By: T. Hirsch  
             Deputy Clerk

**Form ntcentry**  
Doc 37